IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROSE M. BAILEY, | ) |
|     Plaintiff, | ) ) ) |
|     v. | ) )   Civil Action No. 06-603 JJF |
| WALMART STORE #2555, | ) ) ) |
|     Defendant. | ) |

**ORDER**

At Wilmington this _6_ day of _October_, 2006, the court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that:

1. The application is DENIED based on plaintiff's annual income of $23,270.00. (D.I. 1)

2. The plaintiff shall pay the $350.00 filing fee within thirty days from the date this order is sent, or the case shall be dismissed.

                                                    _/s/ Joseph J. Farnan, Jr._
                                                    United States District Judge