OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

RE:   C.A.#  _06 cv 603_

CASE CAPTION: _Bailey_    v. _Walmart Store_

## ACKNOWLEDGMENT OF RECEIPT FOR F.R.Civ.P. 4

    I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure, and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received _NOV 0 6 2006_   Signed: _Rose M Bailey_
by Plaintiff:                                       Pro Se Plaintiff

Date Received _NOV 0 6 2006_   Signed: _Evette Waters_
by Clerk's office:                                  Deputy Clerk

Note: If you received Federal Rule 4 by mail, please sign this receipt and return it to:

Clerk
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

If applicable, Rule 4 mailed to plaintiff:

_____
Date mailed

_____
By Deputy Clerk

cc: Docketing Clerk

wp\forms\rule4receipt 2-04