IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
ROSE M. BAILEY,              :
                             :
        Plaintiff,           :
                             :
    v.                       :   Civ. No. 06-603-JJF
                             :
WALMART STORE #2555,         :
                             :
        Defendant.           :
```

### ORDER

At Wilmington this __8__ day of February, 2007, the Complaint in the above-captioned case having been filed on September 27, 2006;

IT IS ORDERED that, on or before **March 7, 2007**, Plaintiff shall show cause why this case should not be dismissed for failure to serve process within 120 days of filing the Complaint, pursuant to Fed. R. Civ. P. 4(m).

                                                *[signature]*
                                       UNITED STATES DISTRICT JUDGE