CA 06-603 JJF
PRAECIPE

3/6/07

Please issue, Rose M Bailey new summons for Civil Case # 06-603-JJF

Respectfully
Rose M Bailey
3/6/07