CiV no- 06-603JJF                    3/6/07

United State District Court
District of Delaware
Wilmington, De 19801- 3750


Dear Honorable Judge Farman, Jr,

I Rose Bailey will go ahead
and mail Summon to walmart
because I received 3 copies
to take to Walmart but
copies didn't have Clerk
Signature or date.
So on 2/13/07 when I
was able to come to Wilmington,
I told the Clerk of court
that I did'nt have date
from the court or signature
from the clerk as to when
I rec'd those
that is when the clerk
signed the form & date,
and copies to attached to the
also the letter I received    form
stated that 11/8/06 was    she
date paper were entered into    signed
the system.

If I can't not proceed with the case, please refund my $380.00.

I should I have received the packet all at once. not until 2/13/07 when I asked question that is when they gave me list of personal servers. That was my 4 trip to U.S. courts.

Respectfully,

Rose M Bailey

Case CV. # 06-603 JJF

Phone

(802) 454-8274