## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROSE M. BAILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.  06-603 JJF |
| | ) | |
| WALMART #2555, | ) | |
| | ) | |
| Defendant. | ) | |

### DISCLOSURE OF WAL-MART STORES EAST, LP
### PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Fed. R. Civ. P. 7.1, Defendant Wal-Mart Stores East, L.P., by and through its undersigned attorneys, hereby certifies as follows:

Defendant Wal-Mart Stores East, L.P. is a wholly owned subsidiary of Wal-Mart Stores East Inc., a private Arkansas corporation.   Wal-Mart Stores East, Inc. is a wholly owned subsidiary of Wal-Mart Stores Inc., which is a publicly traded corporation organized and existing under the laws of the State of Delaware.   Wal-Mart Stores Inc. has no parent company or corporation that owns 10% or more of its stock.

POTTER ANDERSON & CORROON LLP


By: */s/ Sarah E. DiLuzio*
    Kathleen Furey McDonough (I.D. 2395)
    Sarah E. DiLuzio (I.D. 4085)
    1313 North Market Street
    P.O. Box 951
    Wilmington, DE  19899-0951
    Telephone:  (302) 984-6000
    Telefax:  (302) 658-1192
    kmcdonough@potteranderson.com
    sdiluzio@potteranderson.com

*Attorneys for Defendant Wal-Mart Stores East, LP*

Dated:  April 5, 2007

## CERTIFICATE OF SERVICE

I, Sarah E. DiLuzio, hereby certify that on April 5, 2007, I electronically filed a true and correct copy of the foregoing DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 with the Clerk of the Court using CM/ECF which will send notification of such filing, which is available for viewing and downloading from CM/ECF, and mailed via first class mail a copy to plaintiff at the following address:

Rose M. Bailey, *pro se*
612 Candlestick Lane
Newark, Delaware 19702

/s/ Sarah E. DiLuzio
Sarah E. DiLuzio (#4085)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Telefax: (302) 658-1192
E-mail: sdiluzio@potteranderson.com

787338