# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROSE M. BAILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-603 JJF |
| | ) |
| WALMART #2555, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S INITIAL DISCLOSURES
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A)

Defendant Wal-Mart Stores East, LP ("Wal-Mart"), by and through their undersigned attorneys, hereby makes the following disclosures, pursuant to Federal Rule of Civil Procedure 26(a)(1).

(A)  Individuals likely to have discoverable information that Defendant may use to support its claims or defenses, and the subjects of the information:

**Response:**

| Individual | Areas of Knowledge |
|---|---|
| Rose M. Bailey | All aspects of Plaintiff's claims. |

As current or former employees of Wal-Mart or one or more of its parent, subsidiary and/or affiliate corporations, the following individuals may not be contacted, except through the undersigned counsel:

| | |
|---|---|
| Cynthia Brittingham | Plaintiff's performance and conduct during certain portions of her employment with Wal-Mart. |
| | The events that led to the termination of Plaintiff's employment with Wal-Mart. |
| | Plaintiff's post-employment complaint of discrimination and harassment. |
| | Wal-Mart Corporate Polices including, but not limited to, the Associate Handbook. |
| Radcliff Sinclair | Plaintiff's performance, knowledge, skills, abilities and conduct during certain portions of her employment with Wal-Mart. |
| | The circumstances and events that led to Plaintiff's termination from employment with Wal-Mart. |
| | Wal-Mart's Corporate Policies. |
| Toby Fields | Plaintiff's performance, knowledge, skills, abilities and conduct during certain portions of her employment with Wal-Mart. |
| | Plaintiff's termination from her employment with Wal-Mart. |
| | Wal-Mart's Corporate Policies. |
| Jennifer Lawrence | Plaintiff's performance, knowledge, skills, abilities and conduct during certain portions of her employment with Wal-Mart. |
| | Plaintiff's post-employment complaint of discrimination. |
| | Plaintiff's termination from her employment with Wal-Mart. |
| | Wal-Mart's Corporate Policies. |

(B)    Documents, data, compilations and tangible things in the possession, custody, or control of Defendant that Defendant may use to support its claims or defenses:

**Response:**

1. Documents related to Plaintiff's employment with Wal-Mart.
2. Documents related to the termination of Plaintiff's employment with Wal-Mart.
3. Plaintiff's personnel file, including performance-related and history of earnings documentation.

    4.       Plaintiff's job description and duties.

    5.       Wal-Mart Corporate Polices.

    6.       Documents related to Wal-Mart's pay structure and calculation of pay increases.

    7.       Materials related to Plaintiff's EEOC Charge of Discrimination including, but not limited to, statements submitted by Wal-Mart.

(C)    A computation of any category of damages claimed by Defendant:

**Response:**    None.

(D)    Insurance agreements under which any person or entity carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action, or to indemnify or reimburse defendant for payments made to satisfy the judgment:

**Response:**    None.

                                        POTTER ANDERSON & CORROON LLP

                                        By: /s/ Sarah E. DiLuzio
                                        Kathleen Furey McDonough (I.D. 2395)
                                        Sarah E. DiLuzio (I.D. 4085)
                                        1313 North Market Street
                                        P.O. Box 951
                                        Wilmington, DE  19899-0951
                                        Telephone:  (302) 984-6000
                                        Telefax:  (302) 658-1192
                                        kmcdonough@potteranderson.com
                                        sdiluzio@potteranderson.com

                                  *Attorneys for Defendant Wal-Mart Stores East, LP*

Dated:  August 6, 2007
807924/31342

## **CERTIFICATE OF SERVICE**

I, Sarah E. DiLuzio, hereby certify that on August 6, 2007, I electronically filed a true and correct copy of the foregoing DEFENDANT'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A) with the Clerk of the Court using CM/ECF which will send notification of such filing, which is available for viewing and downloading from CM/ECF, and mailed via first class mail a copy to plaintiff at the following address:

> Rose M. Bailey, *pro se*
> 612 Candlestick Lane
> Newark, Delaware 19702

> /s/ *Sarah E. DiLuzio*
> Sarah E. DiLuzio (#4085)
> POTTER ANDERSON & CORROON LLP
> Hercules Plaza, 6th Floor
> 1313 North Market Street
> P.O. Box 951
> Wilmington, DE 19899-0951
> Telephone: (302) 984-6000
> Telefax: (302) 658-1192
> E-mail: sdiluzio@potteranderson.com

807924/31342