IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROSE M. BAILEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WALMART #2555, )<br>)<br>Defendant. ) | C.A. No. 06-603 JJF |

## NOTICE OF PLAINTIFF'S DEPOSITION

TO: Rose M. Bailey, *pro se*
612 Candlestick Lane
Newark, Delaware 19702

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 30, commencing on **October 11, 2007 at 10:00 a.m.**, your deposition upon oral examination will be taken before a notary public or duly authorized officer authorized to administer oath, at the offices of Potter Anderson & Corroon LLP, 1313 North Market Street, Hercules Plaza – 6th Floor, Wilmington, Delaware.

**PLEASE TAKE FURTHER NOTICE** that the deposition will continue from day to day until completed.

POTTER ANDERSON & CORROON LLP

By: /s/ Sarah E. DiLuzio
Kathleen Furey McDonough (I.D. 2395)
Sarah E. DiLuzio (I.D. 4085)
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Telefax: (302) 658-1192
kmcdonough@potteranderson.com
sdiluzio@potteranderson.com
*Attorneys for Defendant Wal-Mart Stores East, LP*

Dated: September 26, 2007

## CERTIFICATE OF SERVICE

I, Sarah Elizabeth DiLuzio, hereby certify this 26th day of September, 2007, that the foregoing **DEFENDANT'S NOTICE OF PLAINTIFF'S DEPOSITION** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) and two (2) true and correct copies were sent via Federal Express to the following:

>   Rose M. Bailey, *pro se*
>   612 Candlestick Lane
>   Newark, Delaware 19702

>   */s/ Sarah E. DiLuzio*
>   Sarah E. DiLuzio (#4085)
>   POTTER ANDERSON & CORROON LLP
>   Hercules Plaza, 6th Floor
>   1313 North Market Street
>   P.O. Box 951
>   Wilmington, DE 19899-0951
>   Telephone: (302) 984-6000
>   Telefax: (302) 658-1192
>   E-mail: sdiluzio@potteranderson.com

821558/31342