IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROSE M. BAILEY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-603 JJF |
| | ) | |
| v. | ) | |
| | ) | |
| WALMART #2555, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT WAL-MART STORES EAST, LP'S**
**MOTION FOR SUMMARY JUDGMENT**

Defendant Wal-Mart Stores East, L.P., by and through its undersigned counsel, hereby moves for summary judgment on all claims of Plaintiff's Complaint. The reasons for this Motion are set forth in Defendant's Opening Brief in Support of its Motion for Summary Judgment, filed concurrently herewith.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: _____
Kathleen Furey McDonough (# 2995)
Sarah E. DiLuzio (#4085)
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192
kmcdonough@potteranderson.com - Email
sdiluzio@potteranderson.com - Email

*Attorneys for Defendant Wal-Mart Stores East, LP*

Date:   December 14, 2007

837613/31342

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROSE M. BAILEY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-603 JJF |
| | ) | |
| v. | ) | |
| | ) | |
| WALMART #2555, | ) | |
| | ) | |
| Defendant. | ) | |

### FINAL ORDER

WHEREAS, the Court having considered Defendant's Motion for Summary Judgment and the arguments of both parties related thereto, and the Court finding no material issues of fact and that Defendant is entitled to judgment in its favor,

NOW, THEREFORE, Defendant's Motion is hereby **GRANTED** and judgment shall be entered in Defendant's favor on all claims of the Complaint.

                                                         The Honorable Joseph J. Farnan, Jr.
                                                         United States District Court Judge

Dated:

## CERTIFICATE OF SERVICE

I, Sarah E. DiLuzio, hereby certify that on December 14, 2007, I electronically filed a true and correct copy of the foregoing **DEFENDANT WAL-MART STORES EAST, LP'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using CM/ECF which will send notification of such filing, which is available for viewing and downloading from CM/ECF, and mailed via first class mail a copy to plaintiff at the following address:

>Rose M. Bailey, *pro se*
>612 Candlestick Lane
>Newark, Delaware 19702

>/s/ *Sarah E. DiLuzio*
>Sarah E. DiLuzio (#4085)
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza, Sixth Floor
>1313 North Market Street
>P.O. Box 951
>Wilmington, DE 19899-0951
>Telephone: (302) 984-6000
>Telefax: (302) 658-1192
>E-mail: sdiluzio@potteranderson.com

837613/31342