IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROSE M. BAILEY, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-603-JJF |
| WAL-MART STORES EAST, L.P., | : |
| Defendant. | : |

**ORDER**

WHEREAS, Defendant filed a Motion for Summary Judgment (D.I. 16) on December 14, 2007;

WHEREAS, Plaintiff has not yet responded to Defendant's Motion;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff shall file an Answering Brief to Defendant's Motion (D.I. 16) **no later than Thursday, February 7, 2008**. If Plaintiff does not file an Answering Brief by the date indicated, the Court will decide the Motion on the papers submitted.

January 22, 2008

_____
UNITED STATES DISTRICT JUDGE