CA NO
06-603JJF

Office of the Clerk

United States District Court
844 N. King Street,
Wilmington, De

Rose Bailey
VS
Walmart #2555

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2008 FEB -6 PM 1:08

BV

(1)

2/4/2008

Response to Jennifer Lawrence's affidavit

On day of termination Mrs. Jennifer (Coleman) Lawrence refused to call Cynthia Brittingham to the office to explain what story she told management. There is two sides to a story. As of today I do not know what Cynthia Brittingham or Radcliff Sinclair told Muriel Condray or Jennifer Lawrence.

Beside Jennifer Lawrence told me that Muriel Condray called her to let her know that I, Rose needs to be terminate, that she was only acting upon his instructions.

But yet in early Response to my complaint, in stated that 2 African Americans ordered the termination. I am a little confused as to who ordered the termination. (Jennifer Lawrence & Radcliff Sinclair) I need some clarification because on 5/4/2005, I was told that Muriel Condray suggested termination.

X (Jennifer Lawrence & Radcliff Sinclair have not been worked longer enough in walmart to know previous working conditions at wal-mart #2555

(2)

Response to Sinclair Radcliff remarks that he ~~called~~ summon me to the office, to ~~discuss~~ the ~~sd floor~~ incident.

Mr. Radcliff, never, never called me to any office to talked to me! As he stated early, he was locking the store downs for the store was closing. How can one have me in the office & lock the store downs at the same time.

When I was leaving the store, Mr Sinclair passed me in the hallway as I clocking out. He never looked at me.

As for Pearl Robinson who make work environment at walmart to be hostile, is the fact she never speak to associates, she had been fired 2 times, and rehire with her last position as manager I question that theory. How could and be manager, when she was manager of the Shoe Dept she made associate call her on their

(3)

work assignments. She was working off the clock. I remember asking the telephone, she asked to speak to associate, in refer. to the way work area ~~where~~ look when she (associate) concern. She was removed from that dept. She then became cashier, got in argument c̄ a customer was terminated & rehired, as ~~~~ talking credit cards application at the front door. Jennifer Lawrence made a remark to her "have you been fussing c̄ anyone today".

That incident with Pear/Robinson would never happen if she did not get on walkie-talkie and falsely accuse me of not working but talking.

Also in previous response it stated that Jennifer Lawrence was my age. I don't think she is my age because from what I heard she just had a baby. I am pass having babies.

(4)

also then Cynthia Brittingham received the same handbook the same CBC training as well as I did.

When one makes statement at a meeting that Muriel Cordrey is her idol, whatever store he go to she would follow him.

The chance of me reporting her to him was hopeless. that is why I told her I was reporting her to the Walmart Corporation (headquarters)

Sane like to me I was right. of not reporting her to the store manager - Muriel Cordrey. He order my termination.