

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Sarah E. DiLuzio
Attorney at Law
sdiluzio@potteranderson.com
302 984-6279 Direct Phone
302 658-1192 Fax

February 28, 2008

**Via Electronic Filing**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

    Re:   **Rose Bailey v. Wal-Mart Stores East, L.P.,
C.A. No. 06-603-JJF**

Dear Judge Farnan:

    Enclosed please find a courtesy copy of Defendant's Proposed Pretrial Order, submitted in accordance with the Scheduling Order in the above-referenced case.

    The enclosed Proposed Pretrial Order was prepared solely by Defendant, as Plaintiff declined to participate in the pretrial process, despite our efforts to elicit her contribution to the Proposed Pretrial Order.

    I am available at the Court's convenience if Your Honor has any questions regarding this matter.

Respectfully,

/s/ Sarah E. DiLuzio

Sarah E. DiLuzio
(Delaware Bar I.D. 4085)

cc:  Clerk of the Court (Electronic filing via CM/ECF)
      Rose Bailey (via U.S. mail)

851596