IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROSE M. BAILEY,                          :
                                         :
       Plaintiff,                        :
                                         :
    v.                                   : Civil Action No. 06-603 JJF
                                         :
WALMART #2555,                           :
                                         :
       Defendant.                        :

O R D E R

At Wilmington, this 7 day of March 2008, for the reasons discussed in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendant's Motion For Summary Judgment (D.I. 16) is **GRANTED**.

                                                   _____
                                                   UNITED STATES DISTRICT JUDGE