IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROSE M. BAILEY, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-603 JJF |
| WALMART #2555, | : |
| Defendant. | : |

**FINAL JUDGMENT ORDER**

For the reasons set forth in the Court's Memorandum Opinion and Order attached hereto;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendant and against Plaintiff on all of Plaintiffs' claims.

_____
UNITED STATES DISTRICT JUDGE

Dated: March 7, 2008

_____
(By) Deputy Clerk